**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

LEVONDA JOURNEY-BUSH,                  *

    Plaintiff                         *
                                          Case Number 5:06-CV-349 (CAR)
vs.                                *

COUNTY OF MACON, Georgia, et al.,*

    Defendants                   *

## **J U D G M E N T**

Pursuant to this Court's Order dated May 9, 2007, and for the reasons stated therein, JUDGMENT is hereby entered in favor of defendants. Defendants are entitled to recover their costs of this action.

This 9th day of May, 2007.

                                      Gregory J. Leonard, Clerk

                                      s/ Denise C. Partee
                                      Deputy Clerk